# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN GERARD ENNIS, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION No. 20-00366-KD-MU |
| LEON BOLLING, WARDEN and STEVE MARSHALL, ATTORNEY GENERAL for the STATE of ALABAMA, | : : |
| Respondents. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby ORDERED, ADJUDGED, and DECREED that Stephen Gerard Ennis' petition for writ of habeas corpus (Doc. 7), be dismissed as time-barred under § 2244(d). Alternatively, Petitioner is not entitled to any relief in this Court because he has procedurally defaulted his claims pursuant to <u>O'Sullivan v. Boerckel</u>.

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

DONE and ORDERED this 1st day of November 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
